IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| LAWANDA JH-BEY TM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAGISTRATE ALLGOOD; SOLICITOR ) <br> GENERAL LOGGINS; CHARLES B. ) <br> WEBSTER DETENTION CENTER; ) <br> SOLICITOR GENERAL RUIZ; NANCY B. ) <br> JOHNSON; RICHMOND COUNTY ) <br> SHERIFF OFFICE; CIVIL AND ) <br> MAGISTRATE COURT; AUGUSTA ) <br> RICHMOND COUNTY; AUGUSTA ) <br> RICHMOND COUNTY CORPORATION; ) <br> DEPUTY SHERIFF MARLON CAMPBELL; ) <br> DEPUTY SHERIFF MARZOFKA; FNU ) <br> SCOTT; and FNU ELLISON, ) <br> ) <br> Defendants. ) | CV 119-177 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 19th day of December, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA