# United States District Court
## Southern District of Georgia

LAWANDA JH-BEY TM,

    Plaintiff,

v.

MAGISTRATE ALLGOOD, et. al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 119-177

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated December 19, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Plaintiff's case is dismissed without prejudice. This case stands closed.

12/19/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*

GAS Rev 10/1/03